ORIGINAL

**FILED**

11/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

_____

IN RE PETITION OF MICHAEL JAMES JOHNSON
FOR REINSTATEMENT TO ACTIVE STATUS IN        O R D E R
THE BAR OF MONTANA

_____

Michael James Johnson has petitioned for reinstatement to active status in the State Bar of Montana. The petition states that on September 9, 2022, Johnson was placed on inactive status by the State Bar of Montana pursuant to Rules 3B2, 5, and 12 of the Rules for Continuing Legal Education (CLE) for noncompliance with CLE requirements. Rule 13 of the CLE Rules provides that reinstatement may be granted by the Court upon "certification by the [CLE] Commission that the attorney has completed the minimum continuing education requirements." Thus, the Court will need additional information to consider the petition. Johnson must provide a letter or documentation from the Commission certifying Johnson's completion of CLE requirements for the reporting year(s) for which Johnson has been placed on inactive status. Therefore,

IT IS ORDERED that the petition of Michael James Johnson for reinstatement to active status in the State Bar of Montana is DENIED WITHOUT PREJUDICE.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 14 day of November, 2023.

_____
Chief Justice

_____

_____

FILED

NOV 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____
Justices